AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

PharMerica Mountain, LLC d/b/a PharMerica,

        Plaintiff,

v.

RCSRP Corporation d/b/a Desert Hills Post-Acute & Rehabilitation Center, et al.,

        Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00732-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of PharMerica Mountain, LLC d/b/a PharMerica on its breach-of-contract claim against RCSRP Corporation d/b/a Desert Hills Post-Acute & Rehabilitation Center and on its breach-of-implied-contract claim against MMMT Corporation, therefore Judgment is entered against (1) defendants RCSRP and MMMT jointly and severally in the amount of $216,009.47 for compensatory damages; (2) against defendant RCSRP severally in the amount of $87,480.24 for prejudgment interest; and (3) against defendant MMMT severally in the amount of $38,270.00 for prejudgment interest. Post-judgment interest on the entire amount of the judgment will run at a rate of 0.09%, compounded annually, from March 16, 2021, until satisfied.

3/16/2021
Date

DEBRA K. KEMPI
Clerk



/s/ D. Reich-Smith
Deputy Clerk