UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PHARMERICA MOUNTAIN, LLC d/b/a PHARMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RCSRP CORPORATION d/b/a DESERT HILLS POST-ACUTE & REHABILITATION CENTER and MMMT CORPORATION,<br><br>　　　　Defendants. | Case No. 2:20-cv-00732-JAD-EJY<br><br>**ORDER** |

Pending before the Court are the Motion to Withdraw as Counsel (ECF No. 38), the Errata to the Motion to Withdraw (ECF No. 39), the Substitution of Counsel (ECF No. 40), and the Notice of Withdrawal of the Motion to Withdraw (ECF No. 41). The Substitution of Counsel fails to comply with LR IA 11-6(c). Counsel is directed to review this Rule and submit a revised motion or substitution of counsel that is compliant.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw (ECF No. 38) is DENIED as moot.

IT IS FURTHER ORDERED that the Substitution of Counsel (ECF No. 40) is DENIED without prejudice.

Dated this 4th day of April, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE